McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>DARREN COLEMAN,<br><br>                    Defendant. | CASE NO. 1:19-CR-00213-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 13, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on January 13, 2020 before the Honorable Barbara A. McAuliffe, United States Magistrate Judge.

2.      The parties in this matter have reached a plea agreement, and the Defendant requests that this matter be set for a change of plea before the Honorable Dale A. Drozd on January 21, 2020 at 10:00 a.m.

3.      By this stipulation, defendant now moves to VACATE the status conference set for January 13, 2020, for an order setting a change of plea on January 21, 2020 before Judge Drozd, and to exclude time between January 13, 2020 and January 21, 2020, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

1

a) The government has represented that the discovery associated with this case includes investigative reports and related documents, criminal history reports, and body camera footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to prepare for entry of the guilty plea in accordance with the filed plea agreement.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2020 to January 21, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: December 18, 2019

McGREGOR W. SCOTT
United States Attorney


/s/ KATHERINE E. SCHUH
KATHERINE E. SCHUH
Assistant United States Attorney


Dated: December 18, 2019

/s/ Carrie McCreary
Carrie McCreary
Counsel for Defendant
Darren Coleman


## ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for January 13, 2020, is hereby vacated as to defendant Darren Coleman. It is further ORDERED that a change of plea hearing is set for January 21, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between January 13, 2019, and January 21, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: __December 19, 2019__

_____
UNITED STATES DISTRICT JUDGE