IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00213-ADA-BAM |
| Plaintiff, | **ORDER** |
| v. | |
| DARREN DUANE COLEMAN, | |
| Defendant. | |

**ORDER**

Upon the parties' stipulation, and for good cause shown pursuant to 18 U.S.C. §§ 3161 (h)(7)((A) and (h)(7)(B)(iv), the status conference scheduled for November 2, 2023, is continued to November 16, 2023 at 2:00pm, before the United States Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: __October 31, 2023__

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE