MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant/Petitioner,
Darren Duane Coleman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Respondent/Plaintiff,<br><br>     vs.<br><br>**Darren Duane Coleman,**<br><br>         Petitioner/Defendant. | **Case No.: 1:19-CR-00213-ADA-BAM**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:** November 16, 2023<br>**TIME:** 2:00 p.m.<br>**COURT:** Hon. Stanley A. Boone |

**STIPULATION**

Defendant Darren Duane Coleman, by and through his Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on November 16, 2023.

2. By this stipulation, defendant now moves to continue the Status Conference until November 30, 2023, and to exclude time between November 16, 2023, and November 30, 2023.

Good cause exists to allow the requested continuance.

a) Counsel for defendant needs additional time to consult with his client, review the current charges, to conduct an investigation and review discovery, and to obtain additional discovery to prepare for the Status Conference.

b) The Government does not object and agrees to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2023 to November 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which must commence.

**IT IS SO STIPULATED.**             /s/ Michael W. Berdinella
Dated November 15. 2023              Michael W. Berdinella
                                     Attorney for Darren Duane Coleman


                                     /s/ Arelis M. Clemente
                                     Arelis M. Clemente
                                     Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that the Status Conference is continued from November 16, 2023, to November 30, 2023, at 2:00 p.m. before the United States Magistrate Judge on duty. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 15, 2023**

UNITED STATES MAGISTRATE JUDGE