MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant/Petitioner,
Darren Duane Coleman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Respondent/Plaintiff,<br><br> vs.<br><br>**Darren Duane Coleman,**<br><br>   Petitioner/Defendant. | Case No.: 1:19-CR-00213-ADA-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |

On 10/19/2023, Defendant Darren Duane Coleman was in Federal Court to respond to an Order re Petition for Violation Of Probation/Supervised Release. CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Barbara A. McAuliffe as trial counsel to represent Ms. Coleman on 10/27/2023 in his criminal case. Mr. Coleman was sentenced pursuant to an admission to the charges. No direct appeal was filed. Mr. Coleman was in custody at Sentencing. The trial phase of Mr. Coleman's criminal case has, therefore, come to an end. Having completed his representation of Mr. Coleman, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Coleman require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 01/29/2024                                         Respectfully submitted,


                                                          /s/ Michael W. Berdinella
                                                          Michael W. Berdinella
                                                          Attorney for Defendant
                                                          Darren Duane Coleman


## ORDER

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Darren Duane Coleman at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Fresno County Jail
JID#7062629
1225 M Street
Fresno, CA  93721

**IT IS SO ORDERED.**

Dated: January 31, 2024

Troy L. Nunley
United States District Judge