UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN DUANE COLEMAN,<br><br>Defendant. | No. 1:19-cr-00213-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Darren Duane Coleman's ("Defendant") Letter (ECF No. 66) regarding his jail time credits, which the Court construes as a motion for correction of his sentence. The Government did not file a response.

On December 1, 2023, Defendant admitted to Charges 2 and 3 of the Superseding Violation Petition (New Law Violations for Possession of a Controlled Substance). (ECF No. 56.) On January 22, 2024, the Court revoked Defendant's term of supervised release and imposed a sentence of 18 months in prison with no term of supervision to follow. (ECF No. 62.)

In the instant *pro se* motion, Defendant states that he has concerns about the calculations of his jail time credits and requests the Court correct the matter. (ECF No. 66 at 1.) However, Defendant cites no evidence or authority that would allow the Court to rule on this issue. To the extent Defendant has concerns about the application of his jail time credits, he should raise this issue with the Bureau of Prisons.

      Defendant also requests a copy of his statement of reasons, sentencing transcripts, and his docket sheet. (*Id.*) The Court will send a copy of the docket sheet to Defendant with this Order. However, Defendants' remaining requests are DENIED. Defendant's judgment of revocation does not include a statement of reasons. (ECF No. 65.) Further, the instant letter is not the appropriate method for obtaining a sentencing transcript. If Defendant wishes to order a sentencing transcript, he should contact the Court Reporter's Office, fill out the proper form, and pay the requisite fee.

      Accordingly, the Court hereby DENIES Defendant's motion. (ECF No. 66.)

      IT IS SO ORDERED.

Date: May 3, 2024

_____
Troy L. Nunley
United States District Judge